# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

| | |
|---|---|
| MicrobeGuard, Inc., a Minnesota corporation, | Civil No. 07-mc-08 (RHK/AJB) |
| Plaintiff, | **ORDER** |
| v. | |
| MicrobeGuard of the Gold Coast, a Florida corporation, | |
| Defendant, | |

---

Based upon the Report and Recommendation by United States Magistrate Judge Arthur J. Boylan dated March 6, 2007, with all the files and records, and no objections having been filed to said Recommendation, **IT IS ORDERED**:

1. The Report and Recommendation (Doc. No. 7) is **ADOPTED**; and

2. This matter is **DISMISSED WITHOUT PREJUDICE** and without award of costs or fees to either party.

Dated: March 22, 2007

                                                      s/Richard H. Kyle  
                                                      RICHARD H. KYLE  
                                                      United States District Judge